

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00093-CR

Ryan **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11801
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

After this court granted two prior extension of time, appellant's brief was due July 18, 2018. On the due date, appellant filed his third motion for extension of time, asking for an additional thirty days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before August 17, 2018. Appellant is advised that no further extension of time to file the brief will be granted absent written proof of extraordinary circumstances.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court